**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**WILLIAM TODD OVERCASH, an individual**

    Plaintiff,

v.                                        Case No: 5:15-cv-555-Oc-CEMPRL

**MARK D. SHELNUTT, et al.,**

    Defendants.

---

## ORDER

This matter is before the Court on Plaintiff's motion for leave to file federal complaint by his counsel, Henry G. Ferro, who is not currently a member of the Bar of the Middle District of Florida because he inadvertently let his membership lapse. (Doc. 2). Mr. Ferro has submitted an application for re-admission and is scheduled for an admissions ceremony in November. Accordingly, he requests temporary admission until he is admitted to practice in this Court.

Upon due consideration, Plaintiff's motion is **GRANTED**. Pursuant to Local Rule 2.02(d), Mr. Ferro is granted temporary admission to the Bar of the Middle District of Florida to represent Plaintiff in this action for **thirty (30)** days or until counsel has obtained general admission to the Bar of this Court whichever is earlier. Failure to obtain general admission to the Bar of this Court within thirty days will result in the Court terminating Mr. Ferro as counsel of record for Defendant.

**DONE** and **ORDERED** in Ocala, Florida on November 4, 2015.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties